FILED
CLERK, U.S. DISTRICT COURT
9/14/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE FRANCISCO JOVEL,

Defendant.

No. 2:25-cr-01008(A)-GW

S U P E R S E D I N G I N F O R M A T I O N

[18 U.S.C. § 111(a)(1), (b): Assaulting, Resisting, and Impeding Federal Officers and Employees; 26 U.S.C. § 5861(d): Possession of Unregistered Destructive Devices]

The United States of America charges:

COUNT ONE

[18 U.S.C. § 111(a) (1), (b)]

On or about December 1, 2025, in Los Angeles County, within the Central District of California, defendant JOSE FRANCISCO JOVEL intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with Protective Security Officers employed by Paragon Systems, Inc. and assisting officers and employees of the United States Federal Protective Service, Department of Homeland Security, while they were engaged in, and on account of, the performance of their official duties and in

doing so, JOVEL used a deadly and dangerous weapon, namely, what is commonly known as a "Molotov Cocktail."

COUNT TWO

[26 U.S.C. § 5861(d)]

On or about December 1, 2025, in Los Angeles County, within the Central District of California, defendant JOSE FRANCISCO JOVEL knowingly possessed firearms, namely, seven destructive devices, as defined in Title 26, United States Code, Section 5845(a)(8), (f)(1), and (f)(3), commonly known as "Molotov Cocktails," which defendant JOVEL knew to be destructive devices, and which had not been registered to defendant JOVEL in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Chapter 53.

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

KATHRYNNE SEIDEN
Assistant United States Attorney
Acting Chief, National Security Division

LANA MORTON OWENS
Assistant United States Attorney
Deputy Chief, National Security Division

\