Reset Form | Print Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
9/14/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

## CASE SUMMARY

Case Number: 2:25-cr-01008A-GW
Defendant Number: 1
U.S.A. v. JOSE FRANCISCO JOVEL
Year of Birth: 1971
☐ Indictment ☑ Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense
☐ Class B Misdemeanor ☐ Class C Misdemeanor ☑ Felony

b. Date of Offense: December1,2025

c. County in which first offense occurred

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles ☐ Ventura
☐ Orange ☐ Santa Barbara
☐ Riverside ☐ San Luis Obispo
☐ San Bernardino ☐ Other

Citation of Offense: 18 U.S.C. 111(a)(1), (b);
26 U.S.C. § 5861(d)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino) ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

■ No ☐ Yes

If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 12/2/2025
Case Number: 2:25-mj-7512-DUTY
Assigned Judge: DUTY
Charging: 18 U.S.C. § 844(f)(1)
The complaint/CVB citation:
☑ is still pending
☐ was dismissed on:

### PREVIOUS COUNSEL

Was defendant previously represented? ☐ No ■ Yes
IF YES, provide Name: Mara Gonzalez Souto, DFPD
Phone Number: 213-894-7336
Designation: ☑ DFPD ☐ CJA ☐ Retained

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information
☐ Yes* ■ No
Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ■ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?** ☐ Yes ■ No

This is the FIRST superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number

The superseded case:
☑ is still pending before Judge/Magistrate Judge
JUDGE GEORGE H. WU
☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?
☐ Yes* ■ No
Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ■ No
Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes ■ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

### INTERPRETER

Is an interpreter required? ☐ YES ■ NO

IF YES, list language and/or dialect: ______________________

### OTHER

☑ Male ☐ Female

☑ U.S. Citizen ☐ Alien

Alias Name(s) ______________________

This defendant is charged in:

☑ All counts

☐ Only counts: ______________________

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☐ No

IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud ☐ public corruption

☐ government fraud ☐ tax offenses

☐ environmental issues ☐ mail/wire fraud

☐ narcotics offenses ☐ immigration offenses

☑ violent crimes/firearms ☐ corporate fraud

☐ Other ______________________

### CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint: ______________________

b. Posted bond at complaint level on: ______________________

in the amount of $ ______________________

c. PSA supervision? ☐ Yes ☐ No

d. Is on bail or release from another district: ______________________

Defendant is **in custody**:

a. Place of incarceration: ☐ State ☑ Federal

b. Name of Institution: Santa Ana Jail

c. If Federal, U.S. Marshals Service Registration Number: 31218-506

d. ☑ Solely on this charge. Date and time of arrest: ______________________

e. On another conviction: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal AND

Name of Court: ______________________

Date transferred to federal custody: ______________________

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____20 ____21 ____40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ______________________

Date 09/14/2026

______________________
Signature of Assistant U.S. Attorney

Lana Morton Owens
Print Name